UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Juanita Moses,

          Plaintiff,

v.

First Premier Bank,

          Defendant.

Civil Action No.: 2:14-cv-02267-MMB

FILED
SEP 22 2014
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| Juanita Moses | First Premier Bank |
|---|---|
| /s/ Jody B. Burton | /s/ William J. D'Annunzio |
| Jody B. Burton, Esq. | William J. D'Annunzio, Esq. |
| Bar No.: 71681 | German, Gallagher & Murtagh, P.C. |
| Lemberg Law, LLC | The Bellevue, Suite 500 |
| 1100 Summer Street, 3rd Floor | 200 South Broad Street |
| Stamford, CT 06905 | Philadelphia, PA 19102 |
| (203) 653-2250 | (215) 545-7700 |
| Attorney for Plaintiff | Attorney for Defendant |

SO ORDERED
9/22/14

ENTERED
SEP 22 2014
CLERK OF COURT